# EXHIBIT A

Prepared For

## ZAVON GRIFFIN

**Personal & Confidential**

Date Generated  Aug 25, 2025

Report Number  3299-7170-34

## At a Glance        18 Accounts        0 Public Records        2 Hard Inquiries

## Personal Information

3 Names        2 Addresses        0 Employers        1 Personal Statements        2 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

| ZAVON GRIFFIN | ZAVON ARMANTE GRIFFIN | ZAVON A GRIFFIN |
|---|---|---|
| Name ID #31336 | Name ID #14851 | Name ID #26195 |

## Addresses

| 3913 CHETWOOD DR | 171 SW BRADFORD LN |
|---|---|
| DEL CITY OK, 73115-2805 | LAWTON OK, 73505-5012 |
| Address ID #0143404970 | Address ID #0714578739 |
| Single family | Single family |

## Year of Birth

2001

## Spouse or Co-Applicant

VICTOR

## Personal Statements

FILE FROZEN DUE TO FEDERAL LEGISLATION.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## AMERICAN EXPRESS

 **Account Info**

| | |
|---|---|
| Account Name | AMERICAN EXPRESS |
| Account Number | 3499929181330383 |
| Account Type | Credit card |
| Responsibility | Authorized user |
| Date Opened | 10/19/2021 |
| Status | Paid, Closed/Never late. |
| Status Updated | Dec 2021 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $3,000 |

| | |
|---|---|
| Highest Balance | $368 |
| Terms | - |
| On Record Until | Dec 2026 |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | CLS |

✓ Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Dec 2026.

## ✉ Contact Info

| | |
|---|---|
| Address | PO BOX 981537, EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

## 🗒 Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

# APPLE CARD/GS BANK USA

## Account Info

| | |
|---|---|
| Account Name | APPLE CARD/GS BANK USA |
| Account Number | 110001XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Authorized user |
| Date Opened | 10/04/2021 |
| Status | Open/Never late. |
| Status Updated | May 2023 |
| Balance | - |
| Balance Updated | - |

| | |
|---|---|
| Recent Payment | - |
| Monthly Payment | $0 |
| Credit Limit | $2,500 |
| Highest Balance | $2,754 |
| Terms | - |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓  Current / Terms met

## ✉ Contact Info

| | |
|---|---|
| Address | LOCKBOX 6112 P.O. BOX 7247, PHILADELPHIA PA 19170 |
| Phone Number | (877) 255-5923 |

## APPLE CARD/GS BANK USA



## Account Info

| | |
|---|---|
| Account Name | APPLE CARD/GS BANK USA |
| Account Number | 120001XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 05/07/2023 |
| Status | Open/Never late. |
| Status Updated | Jul 2025 |
| Balance | $2,541 |
| Balance Updated | 07/31/2025 |
| Recent Payment | $80 as of 7/25/2025 |
| Monthly Payment | $25 |
| Credit Limit | $2,500 |
| Highest Balance | $2,703 |
| Terms | - |

### $ Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2025 | $495 | $25 | $2,571 on 6/30/2025 |
| May 2025 | $1,698 | $0 | $1,725 on 5/30/2025 |
| Apr 2025 | $0 | $0 | $2,961 on 4/30/2025 |
| Mar 2025 | $0 | $0 | $2,488 on 3/31/2025 |
| Feb 2025 | $8 | $0 | $2,494 on 2/28/2025 |
| Jan 2025 | $0 | $0 | $2,512 on 1/31/2025 |
| Dec 2024 | $0 | $0 | $2,564 on 12/31/2024 |
| Nov 2024 | $0 | $0 | $2,483 on 11/29/2024 |
| Oct 2024 | $820 | $0 | $608 on 10/22/2024 |
| Sep 2024 | $0 | $0 | $2,165 on 9/30/2024 |
| Aug 2024 | $55 | $55 | $2,669 on 8/30/2024 |
| Jul 2024 | $2,544 | $25 | $0 on 6/30/2024 |
| Jun 2024 | $1,395 | $25 | $504 on 6/30/2024 |
| May 2024 | $123 | $47 | $1,908 on 5/31/2024 |
| Apr 2024 | $47 | $47 | $2,923 on 4/29/2024 |
| Mar 2024 | $2,535 | $25 | $0 on 2/28/2024 |
| Feb 2024 | $1,180 | $33 | $1,300 on 2/28/2024 |
| Jan 2024 | $1,268 | $83 | $2,676 on 1/30/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Dec 2023** | $2,268 | $81 | $342 on 12/31/2023 |
| **Nov 2023** | $2,552 | $25 | $0 on 11/8/2023 |
| **Oct 2023** | $2,499 | $0 | $0 on 10/20/2023 |
| **Sep 2023** | $0 | $0 | $0 on 9/30/2023 |
| **Aug 2023** | $58 | $0 | $0 on 8/31/2023 |

## Additional info

Between Aug 2023 and Jun 2025, your credit limit/high balance was $2,500

---

 **Contact Info**

| | |
|---|---|
| Address | LOCKBOX 6112 P.O. BOX 7247, PHILADELPHIA PA 19170 |
| Phone Number | (877) 255-5923 |

---

# CAPITAL ONE

---

 **Account Info**

| | |
|---|---|
| Account Name | CAPITAL ONE |
| Account Number | 517805XXXXXXXXXX |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | 04/14/2022 |
| Status | **Transferred,closed.** |
| Status Updated | **Aug 2023** |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $1,634 |
| Highest Balance | $1,634 |
| Terms | - |
| On Record Until | **Aug 2033** |

---

$ **Payment History**

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — |
| 2022 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met    CLS  Closed

This account is scheduled to continue on record until Aug 2033.

### Contact Info

Address                 PO BOX 31293,
                        SALT LAKE CITY UT 84131

Phone Number            (800) 955-7070

### Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

Transferred to another lender

**Previous:**

None

### Reinvestigation Info

This item was updated from our processing of your dispute in Feb 2025.

# CAPITAL ONE
## POTENTIALLY NEGATIVE

### Account Info

| | |
|---|---|
| Account Name | **CAPITAL ONE** |
| Account Number | **517805XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **03/05/2021** |
| Status | **Account charged off. $341 written off. $341 past due as of Jul 2025.** |

| | |
|---|---|
| Status Updated | **Aug 2024** |
| Balance | $341 |
| Balance Updated | 07/15/2025 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $1,300 |
| Highest Balance | $1,577 |
| Terms | - |
| On Record Until | **Nov 2030** |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | ND | CO | CO | CO | CO | — | — | — | — | — |
| 2024 | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | — | ✓ | ✓ | ✓ | 30 | 60 | 90 | ✓ | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | ND | No data for this period |

### Payment history guide

Charge Off as of Jul 2025 to Apr 2025,Feb 2025 to Aug 2024

150 days past due as of Jul 2024

120 days past due as of Jun 2024

90 days past due as of May 2024,Sep 2021

60 days past due as of Apr 2024,Aug 2021

30 days past due as of Mar 2024,Oct 2023,Jul 2021

This account is scheduled to continue on record until Nov 2030.

##  Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jun 2025** | $341 | $0 | $0 on 3/28/2024 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| May 2025 | $341 | $0 | $0 on 3/28/2024 |
| Apr 2025 | $341 | $0 | $0 on 3/28/2024 |
| Mar 2025 | $341 | $0 | $0 on 3/28/2024 |
| Feb 2025 | $341 | $0 | $0 on 3/28/2024 |
| Jan 2025 | $341 | $0 | $0 on 3/28/2024 |
| Dec 2024 | $341 | $0 | $0 on 3/28/2024 |
| Oct 2024 | $341 | $0 | $0 on 3/28/2024 |
| Sep 2024 | $341 | $0 | $0 on 3/28/2024 |
| Sep 2024 | $341 | $0 | $0 on 3/28/2024 |
| Feb 2024 | $230 | $25 | $0 on 1/29/2024 |
| Nov 2023 | $291 | $25 | $0 on 11/1/2023 |
| Nov 2023 | $291 | $80 | $0 on 11/1/2023 |
| Oct 2023 | $1,265 | $87 | $0 on 9/28/2023 |
| Sep 2023 | $1,265 | $87 | $0 on 9/28/2023 |
| Aug 2023 | $1,316 | $36 | $0 on 8/3/2023 |

### Additional info

Between Aug 2023 and Jun 2025, your credit limit/high balance was $1,300

 ## Contact Info

| | |
|---|---|
| Address | PO BOX 31293,<br>SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

 ## Comment

**Current:**

**Account previously in dispute - investigation complete, reported by data furnisher**

**Account closed at credit grantor's request.**

**Previous:**

**Account closed at credit grantor's request.**

May 2025 to Jun 2025

**Account previously in dispute - investigation complete, reported by data furnisher**

May 2025 to Jun 2025

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Mar 2025

 ## Reinvestigation Info

**This item was updated from our processing of your dispute in Apr 2025.**

# CAPITAL ONE AUTO FINANCE

 ## Account Info

| | |
|---|---|
| Account Name | **CAPITAL ONE AUTO FINANCE** |
| Account Number | **620627XXXXXXXXXXX** |
| Account Type | **Auto Loan** |
| Responsibility | **Joint with VICTOR GRIFFIN** |
| Date Opened | **06/13/2020** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **June 2023** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$20,072** |
| Highest Balance | **-** |
| Terms | **72 Months** |
| On Record Until | **Jun 2033** |

## Payment History

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met     CLS  Closed

This account is scheduled to continue on record until Jun 2033.

### ✉ Contact Info

| | |
|---|---|
| Address | PO BOX 259407, PLANO TX 75025 |
| Phone Number | (800) 946-0332 |

### 📝 Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

None

### 📝 Reinvestigation Info

This item was updated from our processing of your dispute in Oct 2023.

# CITIZENS BANK

###  Account Info

| | |
|---|---|
| Account Name | CITIZENS BANK |
| Account Number | 524038XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 06/07/2024 |
| Status | Open/Never late. |
| Status Updated | Aug 2025 |
| Balance | $535 |

| | |
|---|---|
| Balance Updated | 08/18/2025 |
| Recent Payment | - |
| Monthly Payment | $30 |
| Credit Limit | $500 |
| Highest Balance | $567 |
| Terms | - |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — |
| 2024 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2025 | $498 | $0 | $0 on 6/13/2025 |
| Jun 2025 | $0 | $0 | $495 on 6/13/2025 |
| May 2025 | $497 | $0 | $0 on 4/10/2025 |
| Apr 2025 | $0 | $0 | $500 on 4/10/2025 |
| Mar 2025 | $0 | $0 | $567 on 3/12/2025 |
| Feb 2025 | $291 | $30 | $460 on 1/31/2025 |
| Jan 2025 | $460 | $0 | $0 on 12/18/2024 |
| Dec 2024 | $0 | $0 | $225 on 12/18/2024 |
| Nov 2024 | $0 | $0 | $889 on 11/18/2024 |
| Oct 2024 | $393 | $6 | $0 on 9/18/2024 |
| Sep 2024 | $6 | $6 | $432 on 9/18/2024 |
| Aug 2024 | $344 | $2 | $0 on 7/17/2024 |
| Jul 2024 | $2 | $2 | $164 on 7/17/2024 |
| Jun 2024 | $13 | $0 | $0 |

## Additional info

Between Jun 2024 and Jul 2025, your credit limit/high balance was $500

---



## Contact Info

| | |
|---|---|
| Address | **1000 LAFAYETTE GILL, BRIDGEPORT CT 06604** |
| Phone Number | [(203) 551-7270](#) |

---



## Comment

### Current:

None

### Previous:

**Affected by natural or declared disaster.**

## Jun 2025 to Jul 2025

---

# CREDIT ONE BANK

## Account Info

| | |
|---|---|
| Account Name | **CREDIT ONE BANK** |
| Account Number | **444796XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **10/31/2021** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **June 2022** |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | **$400** |
| Highest Balance | **$399** |
| Terms | - |
| On Record Until | **Jun 2032** |

## Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — | — | — |
| 2021 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓ Current / Terms met    CLS Closed

This account is scheduled to continue on record until Jun 2032.

## ✉ Contact Info

| Address | PO BOX 98875,<br>LAS VEGAS NV 89193 |
|---|---|
| Phone Number | (877) 825-3242 |

## 📝 Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

# EDFINANCIAL SERVICES LLC

**POTENTIALLY NEGATIVE**

## Account Info

| | |
|---|---|
| Account Name | EDFINANCIAL SERVICES LLC |
| Account Number | 134576XXXXXXXXXXXXXXXXXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Date Opened | 09/11/2019 |
| Status | Open. |
| Status Updated | June 2025 |
| Balance | $3,206 |
| Balance Updated | 07/31/2025 |
| Recent Payment | $54 as of 7/16/2025 |
| Monthly Payment | $54 |
| Original Balance | $3,000 |

Highest Balance                                              -

Terms                                              **120 Months**

## $ Payment History

|      | J  | F  | M   | A    | M  | J | J | A  | S  | O  | N | D  |
|------|----|----|-----|------|----|---|---|----|----|----|---|----|
| 2025 | ND | ND | 90  | 120  | ND | ✓ | ✓ | —  | —  | —  | — | —  |
| 2024 | ND | ND | ND  | ND   | ND | ✓ | ND | ND | ND | ND | ✓ | ND |
| 2023 | ✓  | ✓  | ✓   | ✓    | ✓  | ✓ | ✓ | ✓  | ✓  | ND | ND | ND |
| 2022 | ✓  | ✓  | ✓   | ✓    | ✓  | ✓ | ✓ | ✓  | ✓  | ✓  | ✓ | ✓  |
| 2021 | —  | —  | —   | —    | —  | ✓ | ✓ | ✓  | ✓  | ✓  | ✓ | ✓  |

✓  Current / Terms met       90   Past due 90 days

120  Past due 120 days       ND   No data for this period

### Payment history guide

120 days past due as of Apr 2025

90 days past due as of Mar 2025

By Aug 2031, this account is scheduled to go to a positive status.

## Balance Histories

| Date     | Balance | Scheduled Payment | Paid              |
|----------|---------|-------------------|-------------------|
| Jun 2025 | $3,248  | $54               | $0 on 5/12/2023   |
| May 2025 | $3,237  | $54               | $0 on 5/12/2023   |
| Apr 2025 | $3,226  | $52               | $0 on 5/12/2023   |
| Mar 2025 | $3,215  | $52               | $0 on 5/12/2023   |
| Feb 2025 | $3,203  | $52               | $0 on 5/12/2023   |
| Jan 2025 | $3,193  | $52               | $0 on 5/12/2023   |
| Dec 2024 | $3,181  | $52               | $0 on 5/12/2023   |
| Nov 2024 | $3,170  | $52               | $0 on 5/12/2023   |
| Oct 2024 | $3,158  | $0                | $0 on 5/12/2023   |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Sep 2024 | $3,147 | $51 | $0 on 5/12/2023 |
| Aug 2024 | $3,136 | $51 | $0 on 5/12/2023 |
| Jul 2024 | $3,124 | $51 | $0 on 5/12/2023 |
| Jun 2024 | $3,113 | $51 | $0 on 5/12/2023 |
| May 2024 | $3,101 | $0 | $0 on 5/12/2023 |
| Apr 2024 | $3,090 | $50 | $0 on 5/12/2023 |
| Mar 2024 | $3,079 | $50 | $0 on 5/12/2023 |
| Feb 2024 | $3,067 | $50 | $0 on 5/12/2023 |
| Jan 2024 | $3,056 | $0 | $0 on 5/12/2023 |
| Dec 2023 | $3,045 | $50 | $0 on 5/12/2023 |
| Nov 2023 | $3,033 | $50 | $0 on 5/12/2023 |
| Oct 2023 | $3,022 | $50 | $0 on 5/12/2023 |
| Sep 2023 | $3,011 | $50 | $0 on 5/12/2023 |

## Additional info

The original amount of this account was $3,000



## Contact Info

Address

120 N SEVEN OAKS DR,
KNOXVILLE TN 37922

Phone Number

(865) 342-5500



## Comment

**Current:**

**None**

**Previous:**

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Nov 2023 to Jan 2024

**Completed investigation of FCRA dispute - consumer disagrees.**

Sep 2023 to Oct 2023, Jun 2023

 **Reinvestigation Info**

This item was updated from our processing of your dispute in May 2025.

---

# FUNDBOX INC

**POTENTIALLY NEGATIVE**

 **Account Info**

| | |
|---|---|
| Account Name | FUNDBOX INC |
| Account Number | 139XXXX |
| Account Type | Business LOC |
| Responsibility | Co-signer |
| Date Opened | 10/20/2023 |
| Status | Account charged off. $1,941 written off. $1,941 past due as of Jul 2025. |
| Status Updated | Mar 2024 |
| Balance | $1,941 |
| Balance Updated | 07/29/2025 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $1,200 |
| Highest Balance | $1,941 |
| Terms | - |
| On Record Until | Sep 2030 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | — | — | — | — | — |
| 2024 | 30 | 60 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

✓ Current / Terms met    30 Past due 30 days

60 Past due 60 days    CO Charge off

**Payment history guide**

Charge Off as of Jul 2025 to Mar 2024

60 days past due as of Feb 2024

30 days past due as of Jan 2024

This account is scheduled to continue on record until Sep 2030.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2025 | $1,941 | $0 | $0 on 11/22/2023 |
| May 2025 | $1,941 | $0 | $0 on 11/22/2023 |
| Apr 2025 | $1,941 | $0 | $0 on 11/22/2023 |
| Mar 2025 | $1,941 | $0 | $0 on 11/22/2023 |
| Feb 2025 | $1,941 | $0 | $0 on 11/22/2023 |
| Jan 2025 | $1,941 | $0 | $0 on 11/22/2023 |
| Dec 2024 | $1,941 | $0 | $0 on 11/22/2023 |
| Nov 2024 | $1,941 | $0 | $0 on 11/22/2023 |
| Oct 2024 | $1,941 | $0 | $0 on 11/22/2023 |
| Sep 2024 | $1,941 | $0 | $0 on 11/22/2023 |
| Aug 2024 | $1,941 | $0 | $0 on 11/22/2023 |
| Jul 2024 | $1,941 | $0 | $0 on 11/22/2023 |
| Jun 2024 | $1,941 | $0 | $0 on 11/22/2023 |
| May 2024 | $1,941 | $0 | $0 on 11/22/2023 |
| Apr 2024 | $1,941 | $0 | $0 on 11/22/2023 |
| Mar 2024 | $1,941 | $0 | $0 on 11/22/2023 |
| Feb 2024 | $1,941 | $53 | $0 on 11/22/2023 |
| Jan 2024 | $1,941 | $911 | $0 on 11/22/2023 |

**Additional info**

Between Jan 2024 and Jun 2025, your credit limit/high balance was $1,200

 **Contact Info**

Address                                        6900 DALLAS PKWY STE 700,
                                               PLANO TX 75024

 **Comment**

**Current:**

**Account closed at credit grantor's request.**

**Previous:**

**Account closed at credit grantor's request.**

**Jun 2025**

 **Reinvestigation Info**

**This item remained unchanged from our processing of your dispute in Apr 2025.**

# JPMCB CARD

**Account Info**

| | |
|---|---|
| Account Name | JPMCB CARD |
| Account Number | 414720XXXXXXXXXX |
| Account Type | Credit Card |
| Responsibility | Authorized user |
| Date Opened | 06/04/2024 |
| Status | Open/Never late. |
| Status Updated | Aug 2025 |
| Balance | $6,619 |
| Balance Updated | 08/03/2025 |
| Recent Payment | - |
| Monthly Payment | $213 |
| Credit Limit | $7,000 |
| Highest Balance | $6,985 |
| Terms | - |

**Payment History**

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — |
| 2024 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## 🗎 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jul 2025 | $6,176 | $221 | $0 on 6/2/2025 |
| Jun 2025 | $4,107 | $240 | $0 on 6/2/2025 |
| May 2025 | $6,985 | $69 | $0 on 4/21/2025 |
| Apr 2025 | $1,383 | $113 | $0 on 4/2/2025 |
| Mar 2025 | $6,281 | $215 | $0 on 1/28/2025 |
| Feb 2025 | $4,345 | $89 | $0 on 1/28/2025 |
| Jan 2025 | $436 | $69 | $0 on 1/2/2025 |
| Dec 2024 | $2,999 | $110 | $0 on 10/28/2024 |
| Nov 2024 | $126 | $40 | $0 on 10/28/2024 |
| Oct 2024 | $743 | $40 | $0 on 10/2/2024 |
| Sep 2024 | $1,320 | $40 | $0 on 9/2/2024 |
| Aug 2024 | $0 | $0 | $0 on 7/25/2024 |
| Jul 2024 | $0 | $0 | $0 on 7/25/2024 |
| Jul 2024 | $732 | $40 | $0 on 6/28/2024 |

### Additional info

Between Jul 2024 and Jul 2025, your credit limit/high balance was $7,000

## ✉ Contact Info

| Address | PO BOX 15369, WILMINGTON DE 19850 |
|---------|-----------------------------------|
| Phone Number | (800) 945-2000 |

# NAVY FEDERAL CR UNION

 ## Account Info

| | |
|---|---|
| Account Name | **NAVY FEDERAL CR UNION** |
| Account Number | **379550XXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Authorized user** |
| Date Opened | **01/09/2024** |
| Status | **Open/Never late.** |
| Status Updated | **Aug 2025** |
| Balance | **$8,510** |
| Balance Updated | **08/20/2025** |
| Recent Payment | **$100 as of 7/25/2025** |
| Monthly Payment | **$95** |
| Credit Limit | **$10,500** |
| Highest Balance | **$10,640** |
| Terms | **-** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jul 2025** | **$4,447** | **$39** | **$0 on 6/19/2025** |
| **Jun 2025** | **$506** | **$258** | **$10,614 on 6/19/2025** |
| **May 2025** | **$10,614** | **$259** | **$0 on 4/20/2025** |
| **Apr 2025** | **$10,356** | **$247** | **$263 on 3/21/2025** |
| **Mar 2025** | **$10,462** | **$263** | **$0 on 2/18/2025** |
| **Feb 2025** | **$10,308** | **$250** | **$493 on 2/18/2025** |

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Jan 2025 | $10,591 | $186 | $0 on 11/25/2024 |
| Dec 2024 | $7,653 | $178 | $178 on 11/25/2024 |
| Nov 2024 | $7,125 | $217 | $2,794 on 10/22/2024 |
| Oct 2024 | $9,382 | $155 | $200 on 9/25/2024 |
| Sep 2024 | $6,379 | $144 | $0 on 8/20/2024 |
| Aug 2024 | $5,934 | $106 | $175 on 8/20/2024 |
| Jul 2024 | $4,792 | $23 | $0 on 6/18/2024 |
| Jun 2024 | $2,291 | $20 | $2,854 on 6/18/2024 |
| May 2024 | $1,775 | $83 | $1,221 on 5/13/2024 |
| Apr 2024 | $3,726 | $20 | $0 on 3/19/2024 |
| Mar 2024 | $1,646 | $20 | $1,823 on 3/19/2024 |
| Feb 2024 | $1,788 | $0 | $855 on 2/20/2024 |

## Additional info

Between Feb 2024 and Jul 2025, your credit limit/high balance was $10,500

 **Contact Info**

| | |
| --- | --- |
| Address | PO BOX 3700, MERRIFIELD VA 22119 |
| Phone Number | (888) 842-6328 |

# NAVY FEDERAL CR UNION

 **Account Info**

| | |
| --- | --- |
| Account Name | NAVY FEDERAL CR UNION |
| Account Number | 406095XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 01/15/2025 |
| Status | Open/Never late. |
| Status Updated | Jul 2025 |

| | |
|---|---|
| Balance | $397 |
| Balance Updated | 07/25/2025 |
| Recent Payment | $81 as of 7/25/2025 |
| Monthly Payment | $10 |
| Credit Limit | $500 |
| Highest Balance | $500 |
| Terms | - |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2025 | $10 | $10 | $1,093 on 6/19/2025 |
| May 2025 | $416 | $20 | $512 on 5/21/2025 |
| Apr 2025 | $396 | $0 | $483 on 4/20/2025 |
| Mar 2025 | $0 | $0 | $480 on 3/24/2025 |
| Feb 2025 | $69 | $20 | $826 on 2/21/2025 |

### Additional info

Between Feb 2025 and Jun 2025, your credit limit/high balance was $500

## ✉ Contact Info

| | |
|---|---|
| Address | PO BOX 3700, MERRIFIELD VA 22119 |
| Phone Number | (888) 842-6328 |

# NAVY FEDERAL CR UNION

## Account Info

| | |
|---|---|
| Account Name | NAVY FEDERAL CR UNION |
| Account Number | 430015XXXXXXXX |
| Account Type | Auto Loan |
| Responsibility | Individual |
| Date Opened | 06/14/2023 |
| Status | Open/Never late. |
| Status Updated | Jul 2025 |
| Balance | $22,580 |
| Balance Updated | 07/31/2025 |
| Recent Payment | $573 |
| Monthly Payment | $573 |
| Original Balance | $30,399 |
| Highest Balance | - |
| Terms | 73 Months |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2025 | $22,954 | $573 | $573 |
| May 2025 | $23,331 | $573 | $573 |
| Apr 2025 | $23,699 | $573 | $573 |
| Mar 2025 | $24,070 | $573 | $573 |
| Feb 2025 | $24,431 | $573 | $573 |
| Jan 2025 | $24,809 | $573 | $573 |
| Dec 2024 | $25,164 | $573 | $573 |
| Nov 2024 | $25,516 | $573 | $573 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Oct 2024 | $25,873 | $573 | $573 |
| Sep 2024 | $26,219 | $573 | $573 |
| Aug 2024 | $26,569 | $573 | $573 |
| Jul 2024 | $26,909 | $573 | $573 |
| Jun 2024 | $27,246 | $573 | $573 |
| May 2024 | $27,588 | $573 | $573 |
| Apr 2024 | $27,919 | $573 | $573 |
| Mar 2024 | $28,255 | $573 | $573 |
| Feb 2024 | $28,580 | $573 | $573 |
| Jan 2024 | $28,919 | $573 | $573 |
| Dec 2023 | $29,239 | $573 | $573 |
| Nov 2023 | $29,555 | $573 | $573 |
| Oct 2023 | $29,877 | $573 | $573 |
| Sep 2023 | $30,188 | $573 | $573 |
| Aug 2023 | $30,505 | $573 | $573 |

### Additional info

The original amount of this account was $30,399

 **Contact Info**

| | |
|---|---|
| Address | PO BOX 3700, MERRIFIELD VA 22119 |
| Phone Number | (888) 842-6328 |

# NAVY FEDERAL CR UNION

 **Account Info**

| | |
|---|---|
| Account Name | NAVY FEDERAL CR UNION |
| Account Number | 430015XXXXXXXX |

| | |
|---|---|
| Account Type | Auto Loan |
| Responsibility | Individual |
| Date Opened | 06/14/2023 |
| Status | Paid, Closed/Never late. |
| Status Updated | Oct 2024 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $12,480 |
| Highest Balance | - |
| Terms | 73 Months |
| On Record Until | Oct 2034 |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — |
| 2023 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed

This account is scheduled to continue on record until Oct 2034.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Sep 2024 | $10,718 | $230 | $230 |
| Aug 2024 | $10,864 | $230 | $230 |
| Jul 2024 | $11,006 | $230 | $230 |
| Jun 2024 | $11,147 | $230 | $230 |
| May 2024 | $11,289 | $230 | $230 |
| Apr 2024 | $11,428 | $230 | $230 |
| Mar 2024 | $11,568 | $230 | $230 |
| Feb 2024 | $11,704 | $230 | $230 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jan 2024** | $11,862 | $230 | $230 |
| **Dec 2023** | $11,980 | $230 | $230 |
| **Nov 2023** | $12,112 | $230 | $230 |
| **Oct 2023** | $12,247 | $230 | $230 |
| **Sep 2023** | $12,377 | $230 | $230 |
| **Aug 2023** | $12,510 | $230 | $230 |

## Additional info

The original amount of this account was $12,480



## Contact Info

| Address | PO BOX 3700, MERRIFIELD VA 22119 |
|---------|-----------------------------------|
| Phone Number | (888) 842-6328 |

# NAVY FEDERAL CR UNION



## Account Info

| Account Name | NAVY FEDERAL CR UNION |
|--------------|------------------------|
| Account Number | 430016XXXXXXXX |
| Account Type | Auto Loan |
| Responsibility | Individual |
| Date Opened | 10/04/2024 |
| Status | Open/Never late. |
| Status Updated | Jul 2025 |
| Balance | $38,815 |
| Balance Updated | 07/31/2025 |
| Recent Payment | $728 |
| Monthly Payment | $728 |
| Original Balance | $43,131 |
| Highest Balance | - |
| Terms | 72 Months |

## Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — |
| 2024 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓   Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2025 | $39,325 | $728 | $728 |
| May 2025 | $39,839 | $728 | $728 |
| Apr 2025 | $40,344 | $728 | $728 |
| Mar 2025 | $40,852 | $728 | $728 |
| Feb 2025 | $41,351 | $728 | $728 |
| Jan 2025 | $41,869 | $728 | $728 |
| Dec 2024 | $42,362 | $728 | $728 |
| Nov 2024 | $42,853 | $728 | $728 |
| Oct 2024 | $43,349 | $728 | $0 |

### Additional info

The original amount of this account was $43,131

## Contact Info

Address                 PO BOX 3700,
                        MERRIFIELD VA 22119

Phone Number            (888) 842-6328

# PENTAGON FEDERAL CR UN

## Account Info

Account Name                        PENTAGON FEDERAL CR UN

| | |
|---|---|
| Account Number | 430679XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 11/09/2023 |
| Status | Open/Never late. |
| Status Updated | Jul 2025 |
| Balance | $1,845 |
| Balance Updated | 07/24/2025 |
| Recent Payment | - |
| Monthly Payment | $37 |
| Credit Limit | $2,500 |
| Highest Balance | $2,787 |
| Terms | - |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓  Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2025 | $0 | $0 | $2,699 on 6/19/2025 |
| May 2025 | $2,541 | $51 | $0 on 4/23/2025 |
| Apr 2025 | $445 | $15 | $2,300 on 4/23/2025 |
| Mar 2025 | $2,205 | $44 | $0 on 2/24/2025 |
| Feb 2025 | $0 | $0 | $2,892 on 2/24/2025 |
| Jan 2025 | $1,513 | $30 | $0 on 12/23/2024 |
| Dec 2024 | $0 | $0 | $2,807 on 12/23/2024 |
| Nov 2024 | $2,787 | $56 | $163 on 10/28/2024 |
| Oct 2024 | $2,119 | $42 | $0 on 9/23/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Sep 2024** | $0 | $0 | $1,992 on 9/23/2024 |
| **Aug 2024** | $743 | $15 | $2,071 on 8/20/2024 |
| **Jul 2024** | $1,483 | $30 | $0 on 6/23/2024 |
| **Jun 2024** | $0 | $0 | $1,767 on 6/23/2024 |
| **May 2024** | $0 | $0 | $2,047 on 5/23/2024 |
| **Apr 2024** | $471 | $15 | $2,100 on 4/23/2024 |
| **Mar 2024** | $518 | $15 | $3,426 on 3/24/2024 |
| **Feb 2024** | $0 | $0 | $2,196 on 2/23/2024 |
| **Jan 2024** | $544 | $15 | $2,000 on 1/23/2024 |
| **Dec 2023** | $1,319 | $26 | $1,496 on 12/24/2023 |
| **Nov 2023** | $445 | $15 | $0 |

## Additional info

Between Nov 2023 and Jun 2025, your credit limit/high balance was $2,500



## Contact Info

| | |
|---|---|
| Address | 2930 EISENHOWER AVE, ALEXANDRIA VA 22314 |
| Phone Number | (703) 838-1000 |

## THE HOME DEPOT/CITIBANK



## Account Info

| | |
|---|---|
| Account Name | THE HOME DEPOT/CITIBANK |
| Account Number | 603532XXXXXXXXXX |
| Account Type | Charge Card |
| Responsibility | Authorized user |
| Date Opened | 06/02/2024 |
| Status | Open/Never late. |
| Status Updated | Aug 2025 |
| Balance | $0 |
| Balance Updated | 08/18/2025 |

| | |
|---|---|
| Recent Payment | - |
| Monthly Payment | $0 |
| Credit Limit | $1,600 |
| Highest Balance | $2,383 |
| Terms | - |

##  Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — |
| 2024 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2025 | $0 | $0 | $0 on 4/10/2025 |
| Jun 2025 | $0 | $0 | $0 on 4/10/2025 |
| May 2025 | $0 | $0 | $0 on 4/10/2025 |
| Apr 2025 | $0 | $0 | $0 on 4/10/2025 |
| Mar 2025 | $1,240 | $29 | $0 on 3/10/2025 |
| Feb 2025 | $1,438 | $46 | $0 on 12/20/2024 |
| Jan 2025 | $1,407 | $29 | $0 on 12/20/2024 |
| Dec 2024 | $1,595 | $58 | $0 on 11/15/2024 |
| Nov 2024 | $1,553 | $0 | $0 on 11/15/2024 |
| Oct 2024 | $1,670 | $59 | $0 on 10/14/2024 |
| Sep 2024 | $1,824 | $48 | $0 on 9/16/2024 |
| Aug 2024 | $1,991 | $29 | $0 on 8/13/2024 |
| Jul 2024 | $2,187 | $51 | $0 on 7/17/2024 |
| Jun 2024 | $2,354 | $29 | $0 |

**Additional info**

Between Mar 2025 and Jul 2025, your credit limit/high balance was $1,600

Between Nov 2024 and Feb 2025, your credit limit/high balance was $1,800

Between Jun 2024 and Oct 2024, your credit limit/high balance was $4,000

---

 **Contact Info**

Address                    PO BOX 6497,
                           SIOUX FALLS SD 57117

Phone Number               (800) 950-5114

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

No public records reported.

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**CITI CARDS/CITIBANK**
Inquired on 06/25/2025

PO BOX 6241 SIOUX FALLS SD, 57117

Unspecified. This inquiry is scheduled to continue on record until Jul 2027.

**THE HOME DEPOT/CITIBANK**
Inquired on 06/02/2024

PO BOX 6497 SIOUX FALLS SD, 57117

Unspecified. This inquiry is scheduled to continue on record until Jul 2026.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

**AFFIRM**
Inquired on 06/05/2025

650 CALIFORNIA ST FL 12, SAN FRANCISCO CA 94108
(855) 423-3729

**CAPITAL ONE**
Inquired on 08/07/2025

15000 CAPITAL ONE DR, RICHMOND VA 23238

**CITIZENS BANK NA**
Inquired on 07/22/2025

4249 EASTON WAY STE 200, COLUMBUS OH 43219
(800) 922-9999

**CLARITY SERVICES INC**
Inquired on 05/30/2025

15550 LIGHTWAVE DR, CLEARWATER FL 33760

On behalf of CNU HEADWAY CAPITAL (263

**CLARITY/NETCREDIT**
Inquired on 05/30/2025

175 W JACKSON BLVD STE 1000, CHICAGO IL 60604

**CLARITY/ODK CAPITAL/CNU**
Inquired on 05/30/2025

901 N STUART ST FL 7, ARLINGTON VA 22203

**CLARITY/ODK CAPITAL/CNU**
Inquired on 05/30/2025

901 N STUART ST FL 7, ARLINGTON VA 22203

**CONSUMERINFO.COM**
Inquired on 08/25/2025, 08/22/2025, 07/31/2025, 07/16/2025, 07/08/2025, 07/03/2025, 06/30/2025, 05/07/2025, 04/08/2025, 03/19/2025 and 02/04/2025

475 ANTON BLVD, COSTA MESA CA 92626

**CREDCO/BETTER MORTGAGE C**
Inquired on 07/07/2025

175 GREENWICH ST FL 59, NEW YORK NY 10007

**CREDIT KARMA**
Inquired on 07/10/2025, 07/09/2025, 07/08/2025, 07/07/2025, 07/06/2025, 07/05/2025, 07/04/2025, 07/03/2025, 07/02/2025,

**CREDIT KARMA**
Inquired on 06/29/2025, 06/25/2025, 06/21/2025, 06/18/2025, 06/14/2025, 06/11/2025, 06/07/2025, 06/04/2025, 06/01/2025,

**CREDIT KARMA INC**
Inquired on 06/25/2025

760 MARKET ST FL 2, SAN FRANCISCO CA 94102

On behalf of BMC

07/01/2025, 06/28/2025, 06/27/2025, 06/26/2025, 06/25/2025, 06/24/2025, 06/23/2025, 06/22/2025, 06/21/2025, 06/20/2025, 06/19/2025, 06/18/2025, 06/17/2025, 06/15/2025, 06/14/2025, 06/12/2025, 06/11/2025, 06/10/2025, 06/09/2025, 06/08/2025, 06/07/2025, 06/06/2025, 06/05/2025, 06/04/2025, 06/03/2025, 06/01/2025, 05/31/2025, 05/30/2025, 05/29/2025, 05/28/2025, 05/27/2025, 05/26/2025, 05/25/2025, 05/24/2025, 05/23/2025, 05/22/2025, 05/21/2025, 05/20/2025, 05/18/2025, 05/17/2025, 05/16/2025, 05/15/2025, 05/14/2025, 05/13/2025, 05/12/2025, 05/10/2025,

05/28/2025, 05/24/2025, 05/21/2025, 05/17/2025, 05/10/2025, 05/07/2025, 05/03/2025, 04/30/2025, 04/27/2025, 04/23/2025, 04/16/2025, 04/12/2025, 04/09/2025, 04/05/2025, 04/02/2025, 03/30/2025, 03/26/2025, 03/22/2025, 03/19/2025, 03/15/2025, 03/12/2025, 12/25/2024, 12/21/2024 an d 12/18/2024

760 MARKET ST FL 2, SAN FRANCISCO CA 94102

05/09/2025,
05/08/2025,
05/07/2025,
05/04/2025,
05/03/2025,
05/02/2025,
05/01/2025,
04/30/2025,
04/29/2025,
04/27/2025,
04/26/2025,
04/25/2025,
04/24/2025,
04/23/2025,
04/22/2025,
04/20/2025,
04/18/2025,
04/17/2025,
04/16/2025,
04/15/2025,
04/14/2025,
04/12/2025,
04/11/2025,
04/10/2025,
04/09/2025,
04/08/2025,
04/07/2025,
04/06/2025,
04/05/2025,
04/04/2025,
04/03/2025,
04/02/2025,
04/01/2025,
03/29/2025,
03/28/2025,
03/27/2025,
03/26/2025,
03/25/2025,
03/23/2025,
03/22/2025,
03/21/2025,
03/20/2025,
03/19/2025,
03/16/2025,
03/15/2025,
03/13/2025,

03/12/2025,
03/11/2025,
03/10/2025,
03/08/2025,
03/07/2025,
03/06/2025,
03/04/2025,
03/01/2025,
02/28/2025,
02/27/2025,
02/26/2025,
02/25/2025,
02/24/2025,
02/23/2025,
02/21/2025,
02/20/2025,
02/19/2025,
02/17/2025,
02/16/2025,
02/15/2025,
02/14/2025,
02/13/2025,
02/12/2025,
02/11/2025,
02/10/2025,
02/09/2025,
02/08/2025,
02/07/2025,
02/06/2025,
02/05/2025,
02/04/2025,
02/01/2025,
01/31/2025,
01/30/2025,
01/29/2025,
01/28/2025,
01/26/2025,
01/25/2025,
01/24/2025,
01/23/2025,
01/22/2025,
01/21/2025,
01/20/2025,
01/17/2025,
01/16/2025,
01/15/2025,

01/14/2025,
01/12/2025,
01/10/2025,
01/09/2025,
01/08/2025,
01/07/2025,
01/06/2025,
01/05/2025,
01/04/2025,
01/03/2025,
01/01/2025,
12/31/2024,
12/30/2024,
12/29/2024,
12/28/2024,
12/27/2024,
12/26/2024,
12/25/2024,
12/24/2024,
12/22/2024,
12/21/2024,
12/19/2024,
12/17/2024,
12/14/2024,
12/13/2024,
12/11/2024,
12/10/2024,
12/09/2024,
12/08/2024,
12/07/2024,
12/06/2024,
12/04/2024,
12/03/2024,
12/02/2024,
12/01/2024,
11/30/2024,
11/29/2024,
11/28/2024,
11/27/2024,
11/26/2024,
11/25/2024,
11/23/2024,
11/22/2024,
11/21/2024,
11/20/2024,
11/19/2024,

11/17/2024,
11/16/2024,
11/15/2024,
11/13/2024,
11/11/2024,
11/10/2024,
11/08/2024,
11/07/2024,
11/06/2024,
11/05/2024,
11/04/2024,
11/01/2024,
10/31/2024,
10/30/2024,
10/29/2024,
10/27/2024,
10/26/2024,
10/25/2024,
10/23/2024,
10/22/2024,
10/21/2024,
10/19/2024,
10/16/2024,
10/13/2024,
10/12/2024,
10/11/2024,
10/10/2024,
10/09/2024,
10/08/2024,
10/07/2024,
10/06/2024,
10/05/2024,
10/04/2024,
10/03/2024,
10/02/2024,
10/01/2024,
09/30/2024,
09/29/2024,
09/28/2024,
09/27/2024,
09/26/2024,
09/25/2024,
09/24/2024,
09/23/2024,
09/22/2024,
09/21/2024,

09/20/2024,
09/19/2024,
09/18/2024,
09/17/2024,
09/16/2024,
09/15/2024,
09/14/2024,
09/13/2024,
09/12/2024,
09/10/2024,
09/07/2024,
09/06/2024,
09/05/2024,
09/04/2024,
09/03/2024,
09/02/2024,
09/01/2024,
08/31/2024,
08/30/2024,
08/29/2024,
08/28/2024,
08/27/2024,
08/26/2024 an
d 08/25/2024

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102
(415) 531-5272

**DISCOVERC**
Inquired on
06/30/2025

2500 LAKE
COOK RD,
RIVERWOODS
IL 60015

**DISCOVERC**
Inquired on
06/30/2025

2500 LAKE
COOK RD,
RIVERWOODS
IL 60015

**EXPERIAN**
Inquired on
08/25/2025,
08/22/2025,
07/31/2025,
07/16/2025,
07/08/2025,
07/03/2025,
06/30/2025,
05/07/2025,
04/08/2025 an
d 02/04/2025

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
Inquired on
08/22/2025,
07/31/2025,
07/16/2025,
07/08/2025,
07/03/2025,
06/30/2025,
05/07/2025,
04/08/2025 an
d 02/04/2025

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

**EXPERIAN**

Inquired on
08/22/2025,
08/20/2025,
08/06/2025,
07/29/2025,
07/25/2025,
07/22/2025,
07/08/2025,
06/27/2025,
06/25/2025,
06/24/2025,
06/20/2025,
06/07/2025,
06/05/2025,
05/24/2025,
05/22/2025,
05/20/2025,
05/15/2025,
05/06/2025,
04/29/2025,
04/25/2025,
04/18/2025,
04/14/2025,
04/05/2025,
03/25/2025,
03/21/2025,
03/19/2025,
03/08/2025,
02/25/2025,
02/20/2025,
02/08/2025,
01/25/2025,
01/22/2025,
01/21/2025,
01/09/2025,
12/25/2024,
12/08/2024,
12/07/2024,
11/26/2024,
11/22/2024,
11/20/2024,
11/17/2024,
11/12/2024,
11/04/2024,
10/25/2024,

**EXPERIAN**

Inquired on
08/18/2025,
08/11/2025,
08/04/2025,
07/31/2025,
07/28/2025,
07/21/2025,
07/17/2025,
07/15/2025,
07/14/2025,
07/07/2025,
07/03/2025,
07/02/2025,
07/01/2025,
06/30/2025,
06/27/2025,
06/26/2025,
06/25/2025,
06/24/2025,
06/23/2025,
06/22/2025,
06/21/2025,
06/20/2025,
06/19/2025,
06/17/2025,
06/16/2025,
06/14/2025,
06/13/2025,
06/11/2025,
06/10/2025,
06/09/2025,
06/08/2025,
06/07/2025,
06/06/2025,
06/05/2025,
06/04/2025,
06/03/2025,
06/02/2025,
05/29/2025,
05/27/2025,
05/26/2025,
05/23/2025,
05/22/2025,
05/21/2025,
05/20/2025,

**EXPERIAN**

Inquired on
06/09/2025,
04/22/2025,
04/16/2025,
09/16/2024,
09/13/2024,
09/11/2024,
09/03/2024,
09/01/2024,
08/30/2024 an
d 08/28/2024

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

**EXPERIAN**

Inquired on
08/28/2024

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

10/22/2024,
10/07/2024,
09/21/2024,
09/14/2024,
09/11/2024 an
d 09/06/2024

475 ANTON
BLVD,
COSTA MESA
CA 92626

05/19/2025,
05/16/2025,
05/15/2025,
05/14/2025,
05/13/2025,
05/12/2025,
05/11/2025,
05/08/2025,
05/07/2025,
05/06/2025,
05/05/2025,
05/02/2025,
05/01/2025,
04/30/2025,
04/28/2025,
04/25/2025,
04/24/2025,
04/23/2025,
04/22/2025,
04/21/2025,
04/19/2025,
04/16/2025,
04/15/2025,
04/14/2025,
04/13/2025,
04/11/2025,
04/10/2025,
04/09/2025,
04/08/2025,
04/07/2025,
04/06/2025,
04/04/2025,
04/03/2025,
04/02/2025,
03/31/2025,
03/28/2025,
03/26/2025,
03/25/2025,
03/24/2025,
03/22/2025,
03/21/2025,
03/20/2025,
03/19/2025,
03/17/2025,
03/12/2025,
03/11/2025,

03/10/2025,
03/06/2025,
03/05/2025,
03/03/2025,
03/01/2025,
02/28/2025,
02/27/2025,
02/26/2025,
02/25/2025,
02/24/2025,
02/23/2025,
02/22/2025,
02/20/2025,
02/19/2025,
02/18/2025,
02/17/2025,
02/16/2025,
02/14/2025,
02/13/2025,
02/12/2025,
02/11/2025,
02/10/2025,
02/09/2025,
02/06/2025,
02/05/2025,
02/04/2025,
02/03/2025,
02/02/2025,
01/28/2025,
01/27/2025,
01/24/2025,
01/23/2025,
01/22/2025,
01/21/2025,
01/20/2025,
01/16/2025,
01/15/2025,
01/14/2025,
01/13/2025,
01/11/2025,
01/09/2025,
01/08/2025,
01/07/2025,
01/06/2025,
01/05/2025,
01/04/2025,

01/03/2025,
01/02/2025,
12/31/2024,
12/30/2024,
12/29/2024,
12/28/2024,
12/27/2024,
12/26/2024,
12/24/2024,
12/23/2024,
12/18/2024,
12/16/2024,
12/12/2024,
12/10/2024,
12/09/2024,
12/06/2024,
12/05/2024,
12/04/2024,
12/03/2024,
12/02/2024,
11/29/2024,
11/27/2024,
11/26/2024,
11/25/2024,
11/24/2024,
11/21/2024,
11/18/2024,
11/11/2024,
11/10/2024,
11/05/2024,
11/04/2024,
11/03/2024,
10/30/2024,
10/29/2024,
10/28/2024,
10/22/2024,
10/21/2024,
10/15/2024,
10/14/2024,
10/12/2024,
10/09/2024,
10/07/2024,
10/05/2024,
10/04/2024,
10/03/2024,
09/30/2024,

09/29/2024, 09/28/2024, 09/27/2024, 09/26/2024, 09/25/2024, 09/24/2024, 09/23/2024, 09/22/2024, 09/21/2024, 09/20/2024, 09/19/2024, 09/18/2024, 09/17/2024, 09/16/2024, 09/15/2024, 09/14/2024, 09/13/2024, 09/12/2024, 09/11/2024, 09/10/2024, 09/09/2024, 09/05/2024, 09/04/2024, 09/03/2024, 09/02/2024, 09/01/2024, 08/31/2024, 08/30/2024, 08/29/2024, 08/28/2024, 08/27/2024, 08/26/2024 and 08/25/2024

475 ANTON BLVD, COSTA MESA CA 92626
(866) 431-3471

**EXPERIAN BUSINESS CREDIT**
Inquired on 05/22/2025

PO BOX 9701, ALLEN TX 75013

**EXPERIAN CREDITMATCH**
Inquired on 07/31/2025, 07/21/2025, 07/17/2025, 07/15/2025, 07/14/2025,

**FIC/PENTAGON FCU**
Inquired on 06/25/2025, 06/10/2025, 05/21/2025 and 04/28/2025

**INTUIT INC**
Inquired on 07/23/2025

2700 COAST AVE, MOUNTAIN VIEW CA 94043

| On behalf of DIVVY/CROSS RIVER BANK for Business Credit Loan | 07/07/2025, 07/03/2025, 07/02/2025, 07/01/2025, 06/30/2025, 06/27/2025, 06/26/2025, 06/25/2025, 06/24/2025, 06/23/2025, 06/22/2025, 06/21/2025, 06/20/2025, 06/19/2025, 06/17/2025, 06/16/2025, 06/14/2025, 06/13/2025, 06/11/2025, 06/10/2025, 06/09/2025, 06/08/2025, 06/07/2025, 06/06/2025, 06/05/2025, 06/04/2025, 06/03/2025, 06/02/2025, 05/29/2025, 05/27/2025, 05/26/2025, 05/23/2025, 05/22/2025, 05/21/2025, 05/20/2025, 05/19/2025, 05/16/2025, 05/15/2025, 05/14/2025, 05/13/2025, 05/12/2025, 05/11/2025, 05/08/2025, 05/07/2025, 05/06/2025, 05/02/2025, | 7940 JONES BRANCH DR, MC LEAN VA 22102 |
|---|---|---|

05/01/2025,
04/30/2025,
04/28/2025,
04/26/2025,
04/25/2025,
04/24/2025,
04/23/2025,
04/22/2025,
04/21/2025,
04/19/2025,
04/16/2025,
04/15/2025,
04/14/2025,
04/13/2025,
04/11/2025,
04/10/2025,
04/09/2025,
04/08/2025,
04/07/2025,
04/06/2025,
04/04/2025,
04/03/2025,
04/02/2025,
03/31/2025,
03/28/2025,
03/26/2025,
03/25/2025,
03/24/2025,
03/22/2025,
03/21/2025,
03/20/2025,
03/19/2025,
03/12/2025,
03/11/2025,
03/10/2025,
03/06/2025,
03/05/2025,
03/01/2025,
02/28/2025,
02/27/2025,
02/26/2025,
02/25/2025,
02/24/2025,
02/23/2025,
02/22/2025,
02/20/2025,

02/19/2025,
02/18/2025,
02/16/2025,
02/14/2025,
02/13/2025,
02/12/2025,
02/11/2025,
02/10/2025,
02/09/2025,
02/06/2025,
02/05/2025,
02/04/2025,
02/02/2025,
01/28/2025,
01/27/2025,
01/24/2025,
01/23/2025,
01/22/2025,
01/21/2025,
01/20/2025,
01/16/2025,
01/15/2025,
01/14/2025,
01/13/2025,
01/11/2025,
01/09/2025,
01/08/2025,
01/07/2025,
01/06/2025,
01/05/2025,
01/04/2025,
01/03/2025,
01/02/2025,
12/31/2024,
12/30/2024,
12/29/2024,
12/28/2024,
12/27/2024,
12/26/2024,
12/24/2024,
12/23/2024,
12/18/2024,
12/16/2024,
12/12/2024,
12/10/2024,
12/09/2024,

12/06/2024,
12/05/2024,
12/04/2024,
12/03/2024,
12/02/2024,
11/29/2024,
11/27/2024,
11/26/2024,
11/25/2024,
11/24/2024,
11/21/2024,
11/18/2024,
11/10/2024,
11/05/2024,
11/03/2024,
10/30/2024,
10/29/2024,
10/22/2024,
10/21/2024,
10/15/2024,
10/12/2024,
10/09/2024,
10/07/2024,
10/05/2024,
10/04/2024,
10/03/2024,
09/30/2024,
09/29/2024,
09/28/2024,
09/27/2024,
09/26/2024,
09/25/2024,
09/24/2024,
09/23/2024,
09/22/2024,
09/21/2024,
09/20/2024,
09/19/2024,
09/18/2024,
09/17/2024,
09/16/2024,
09/15/2024,
09/14/2024,
09/13/2024,
09/12/2024,
09/11/2024,

09/10/2024,
09/09/2024,
09/05/2024,
09/04/2024,
09/03/2024,
09/02/2024,
09/01/2024,
08/31/2024,
08/30/2024,
08/29/2024,
08/28/2024,
08/27/2024,
08/26/2024 an
d 08/25/2024

475 ANTON
BLVD # D4,
COSTA MESA
CA 92626

**NAV**
Inquired on
06/25/2025,
05/27/2025,
05/24/2025,
05/22/2025,
05/20/2025,
05/15/2025,
05/06/2025,
04/29/2025,
04/22/2025 an
d 04/14/2025

10713 S
JORDAN GTWY
STE 100,
SOUTH
JORDAN UT
84095
(855) 226-8388

**NAV**
Inquired on
05/22/2025 an
d 03/25/2025

10713 S
JORDAN GTWY
STE 100,
SOUTH
JORDAN UT
84095
(855) 226-8388

**NAV
TECHNOLOGIE
S INC**
Inquired on
08/22/2025,
08/20/2025,
08/06/2025,
07/29/2025,
07/22/2025,
07/08/2025,
06/25/2025,
05/27/2025,
05/24/2025,
05/22/2025,
05/20/2025,
05/15/2025,
05/06/2025,
04/29/2025,
04/22/2025,
04/14/2025,
03/25/2025,
03/22/2025,
03/19/2025,
03/08/2025,
02/22/2025,
02/15/2025,
01/22/2025,
01/21/2025,
01/20/2025,

**NAV
TECHNOLOGIE
S INC**
Inquired on
06/30/2025 an
d 10/08/2024

12936 S
FRONTRUNNER
BLVD # 550,
DRAPER UT
84020

12/18/2024, 11/26/2024, 11/19/2024, 11/17/2024, 11/04/2024, 10/25/2024, 10/22/2024 and 10/07/2024

13693 S 200 W STE 200, DRAPER UT 84020
(855) 226-8388

**NAV TECHNOLOGIE S INC**
Inquired on 05/22/2025, 04/04/2025, 04/02/2025, 03/25/2025, 03/10/2025, 02/26/2025, 01/08/2025, 12/27/2024, 11/08/2024, 10/27/2024, 09/09/2024 and 08/28/2024

12936 S FRONTRUNNER BLVD # 550, DRAPER UT 84020

**NAV TECHNOLOGIE S INC**
Inquired on 03/25/2025

13693 S 200 W STE 200, DRAPER UT 84020

**PEARL CAPITAL BUSINESS F**
Inquired on 07/03/2025

525 WASHINGTON BLVD STE 2200, JERSEY CITY NJ 07310
(800) 888-9959

**THE GOLDMAN SACHS GROUPI**
Inquired on 08/19/2025

200 WEST ST, NEW YORK NY 10282

**TRANSUNION INTERACTIVE I**
Inquired on 07/15/2025, 02/24/2025, 01/20/2025, 12/19/2024,

11/22/2024 an
d 09/16/2024

100 CROSS ST
STE 202,
SAN LUIS
OBISPO CA
93401
(805) 782-8282

## Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Contact Experian

**Online**

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

**Mail**

**Experian**
PO Box 9701
Allen, TX 75013

**Phone**

**Monday - Friday**
9am to 5pm
(855) 414-6047

**Know Your Rights**

## Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act.**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected,

usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local**

**consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue NW Washington, DC 20580 |
| **2.** To the extent not included in item 1 above: | |
| **a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks | **a.** Office of the Comptroller of the Currency Customer Assistance Group P.O. Box 53570 Houston, TX 77052 |
| **b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | **b.** Federal Reserve Consumer Help Center PO Box 1200 Minneapolis, MN 55480 |
| **c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations | **c.** Division of Depositor and Consumer Protection National Center for Consumer and Depositor Assistance Federal Deposit Insurance Corporation 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| **d.** Federal Credit Unions | **d.** National Credit Union Administration Office of Consumer Financial Protection 1775 Duke Street Alexandria, VA 22314 |

**3.** Air carriers

Assistant General Counsel for Office of Aviation Consumer Protection
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Public Assistance, Governmental Affairs, and Compliance
Surface Transportation Board
395 E Street SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and Stockyards Division Regional Office

**6.** Small Business Investment Companies

Associate Administrator, Office of Capital Access
United States Small Business Administration
409 Third Street SW, Suite 8200
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

**8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

| | |
|---|---|
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 (877) 382-4357 |

Notification of Rights

- Notification of Rights for California Consumers
- Notification of Rights for Colorado Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Maryland Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Washington Consumers