# EXHIBIT C

**ZAVON GRIFFIN**

**Experian Credit Report**

**Date: Aug 25, 2025**

**Report # 3299-7170-34**

## INCOMPLETE INFORMATION FROM THE CONSUMER DISCLOSURE

---

**TRADELINE: CAPITAL ONE 517805XXXXXXXXXX**

**Account Info Section:** Account number is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Terms is incomplete

**Payment Histories Section:** March 2021 is missing and incomplete, March 2025 is missing and incomplete

**Balance Histories Section:** March 2021 - December 2021 is missing and incomplete, January 2022 - December 2022 is missing and incomplete, January 2023 - July 2023 is missing and incomplete, December 2023 is missing and incomplete, January 2024 is missing and incomplete, March 2024 - August 2024 is missing and incomplete, November 2024 is missing and incomplete, June 2025 - August 2025 is missing and incomplete

---

## TRADELINE: EDFINANCIAL SERVICES LLC 134576XXXXXXXXXXXXXXXXXXXXXXXX

**Account Info Section:** Account number is incomplete, Highest Balance is incomplete

**Payment Histories Section:** September 2019 - December 2019 is missing and incomplete, January 2020 - December 2020 is missing and incomplete, October 2023 - December 2023 is missing and incomplete, January 2024 - October 2024 is missing and incomplete, December 2024 is missing and incomplete, January 2025 - February 2025 is missing and incomplete, May 2025 is missing and incomplete, August 2025 is missing and incomplete

**Balance Histories Section:** September 2019 - December 2019 is missing and incomplete, January 2020 - December 2020 is missing and incomplete, January 2021 - December 2021 is missing and incomplete, January 2022 - December 2022 is missing and incomplete, January 2023 - August 2023 is missing and incomplete, July 2025 - August 2025 is missing and incomplete

---

## TRADELINE: FUNDBOX INC 139XXXX

**Account Info Section:** Account number is incomplete, Recent Payment is incomplete, Monthly Payment Highest is incomplete, Terms is incomplete

**Payment Histories Section:** October 2023 - November 2023 is missing and incomplete, August 2025 is missing and incomplete

**Balance Histories Section:** October 2023 - December 2023 is missing and incomplete, July 2025 - August 2025 is missing and incomplete

---

**📊 Total per Tradeline**

| Tradeline | Total Incomplete |
|---|---|
| 1. CAPITAL ONE | 14 |
| 2. EDFINANCIAL SERVICES LLC | 16 |
| 3. FUNDBOX INC | 8 |

**TOTAL** — **38 incomplete information is file**