# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ZAVON GRIFFIN,

        Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

        Defendant.

CASE NO. CIV-25-1111-J

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Zavon Griffin and Defendant Experian Information Solutions, Inc. stipulate that this action and any claims or counterclaims filed in this action are hereby **dismissed with prejudice** and this action is terminated due to settlement.  The Parties will bear their own costs and attorneys' fees.

**IT IS SO STIPULATED AND AGREED:**

Dated: January 14, 2026

        Respectfully submitted,

        */s/ Zavon Griffin* [with permission]
        Zavon Griffin
        3913 Chetwood Drive
        Del City, Oklahoma 73115

        ***Pro Se Plaintiff***

1

/s/ *Delaney R. Davis*
Delaney R. Davis
Texas Bar No. 24133628
JONES DAY
2727 N. Harwood Street, Suite 600
Dallas, Texas 75201
Phone: 1.214.969.3939
Facsimile:  1.214.969.5100
E-mail:  delaneydavis@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on January 15, 2026, a copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was e-filed with the Clerk of Court and was served on all parties via the Court's online system. A courtesy copy was also sent via electronic mail to the following:

Zavon Grifin
3913 Chetwood Drive
Del City, Oklahoma 73115
griffinzavon@yahoo.com

*/s/ Delaney R. Davis*
Delaney R. Davis

3